# DESIGNATION OF UNITED STATES DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT

———————

WHEREAS, in my judgment the public interest so requires;

NOW THEREFORE, pursuant to the provisions of Title 28, United States Code, Section 292(b), I do hereby designate and assign the

**HONORABLE ROSEANN A. KETCHMARK**

United States District Judge for the **WESTERN DISTRICT of MISSOURI**, to hold district court in the **SOUTHERN DISTRICT OF IOWA,** beginning **February 19, 2021**, and for such additional time in advance thereof to prepare or thereafter as may be required to complete unfinished business for the following case:

*4:21CR25 Klinefeldt*

Dated: February 19, 2021

_____
Lavenski R. Smith, Chief Judge
U.S. Court of Appeals, Eighth Circuit

| | |
|---|---|
| Original: | **John Courter, Clerk, Southern District of Iowa** |
| cc: | Honorable John Jarvey, Chief District Judge, Southern District of Iowa |
| | Honorable Roseann A. Ketchmark, District Judge, Western District of Missouri |
| | Honorable Beth Phillips, Chief District Judge, Western District of Missouri |
| | Millie B. Adams, Circuit Executive |