IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | No. 4:21-CR-00025 |
| | ) | |
| vs. | ) | |
| | ) | WAIVER OF DETENTION HEARING |
| MICHAEL ARTHUR KLINEFELDT, | ) | |
|     Defendant. | ) | |

COMES NOW, the Defendant, by and through counsel, and hereby waives his right to a detention hearing at this time. Counsel states to the court the following:

1. Counsel has conferred with the Defendant, and the Defendant understands he has the right to have a detention hearing.

2. The Defendant understands that by waiving his right to the hearing at this time, he will be detained while awaiting trial.

3. The Defendant further understands that because he has not had a detention hearing, that should he request a hearing in the future, one would be scheduled for him.

4. Being advised of all of these matters, the Defendant has indicated to counsel that he wishes to waive his hearing at this time.

Respectfully submitted the 26th day of February, 2021.

                                              **/s/Angela L. Campbell**
                                              Angela L. Campbell AT# 0009086
                                              DICKEY, CAMPBELL & SAHAG LAW FIRM, P.L.C.
                                              301 E. Walnut St., Suite 1
                                              Des Moines, Iowa 50309
                                              PHONE: 515.288.5008
                                              FAX: 515.288.5010
                                              E-MAIL:  angela@iowajustice.com

2

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By: \_\_\_\_\_ U.S. Mail           \_\_\_\_\_ Fax
    \_\_\_\_\_ Courthouse Mail    \_\_\_\_\_ Hand delivered
    \_\_\_\_\_ Certified Mail     \_\_x\_\_ Other (electronic)

Signature: _____/s/Angela L. Campbell_____

Date: _____02/26/21_____