IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | Criminal No. 4:21-CR-00025 |
| ) | |
| vs. ) | |
| ) | DEFENDANT KLINEFELDT'S MOTION |
| MICHAEL KLINEFELDT, ) | FOR DETENTION HEARING |
|     Defendant. ) | |

COMES NOW, the defendant Michael Klinefeldt, and hereby moves for the court to set a detention hearing. In support of this motion, counsel states:

  1. The defendant has not yet had a detention hearing and circumstances have changed that warrant a hearing.

  2. Counsel is available anytime on Wednesday April 21, Thursday April 22, or Friday April 23 for a hearing.

WHEREFORE, Defendant requests an order setting detention hearing in this case.

                                 **/s/Angela L. Campbell**
                                 Angela L. Campbell AT# 0009086
                                 DICKEY, CAMPBELL, & SAHAG LAW FIRM, P.L.C.
                                 301 E. Walnut St., Suite 1
                                 Des Moines, Iowa 50309
                                 PHONE: 515.288.5008
                                 FAX: 515.288.5010
                                 E-MAIL: angela@iowajustice.com

PROOF OF SERVICE
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the attorneys of record, or the parties if unrepresented, at their respective addresses disclosed on the pleadings.

By:     \_\_\_\_\_ U.S. Mail     \_\_\_\_\_ Fax
       \_\_\_\_\_ Courthouse Mail     \_\_\_\_\_ Hand delivered
       \_\_\_\_\_ Certified Mail     \_\_x\_\_ Other (electronic)

Signature:    /s/Angela L. Campbell

Date:    4/16/21

1